# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MICHAEL WALTER RODRIGUEZ, Defendant. | Case No. 17cr0215-GPC<br><br>AMENDED ORDER OF CRIMINAL FORFEITURE |

WHEREAS, the Court entered an Order of Criminal Forfeiture on October 16, 2017, which contained a typographical error in the amount of proceeds, the accurate amount being $194,537.50;

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Defendant MICHAEL WALTER RODRIGUEZ shall forfeit to the United States pursuant to Title 21, United States Code, Section 853 the proceeds Defendant received from his offense of conviction of Count 1 in the amount of $194,537.50 and which $194,537.50 also is subject to forfeiture pursuant to Title 18, United States Code, Section 982 which is property involved in the offense of conviction for Count 2, which forfeiture is in favor of the United States against Defendant MICHAEL WALTER RODRIGUEZ, with interest to accrue thereon in accordance with 18 U.S.C. § 3612(f) and 28 U.S.C. § 1961; and

//

2. This Court shall retain jurisdiction in the case for the purpose of enforcing the order of forfeiture and collecting and enforcing the forfeiture; and

3. Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment; and

4. Pursuant to Rule 32.2(b)(3) the United States may, at any time, conduct discovery to identify, locate, or dispose of directly forfeitable assets and substitute assets against which this Order of Forfeiture may be enforced; and

5. The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $194,537.50 to satisfy the forfeiture in whole or in part.

Dated: November 17, 2017

*[signature]*
Hon. Gonzalo P. Curiel
United States District Judge